# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| THURMAN HARVEY HINES, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. CIV-17-642-R |
| JOE ALLBAUGH, et al., | ) |
| Defendants. | ) |

## ORDER

On August 21, 2018, Magistrate Judge Shon T. Erwin issued three separate Reports and Recommendations (Doc. Nos. 124, 125, 126) wherein he recommended that Plaintiff's various motions for default judgment be denied. The record reflects that Plaintiff has not objected to any of the Reports and Recommendations nor has he sought an extension of time in which to respond. Accordingly, each of the above-referenced is hereby ADOPTED and the Motions for Default Judgment (Doc. Nos. 92, 105, 107, 113) are DENIED.

**IT IS SO ORDERED** this 20th day of September 2018.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE