UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA



FILED
FEB 1 0 2020
CARMELITA REEDER SHINN
CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY

)
)
Plaintiff(s) )
)
)
vs. ) CASE NO. CIV-17-642-R
)
)
)
)
Defendant(s) )

## CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address in the above styled case:

Thurman H. Hines
**Print Name**

182745
**Prisoner ID Number**

2622 N.E. 18th Street
**New Address**

Oklahoma City, Oklahoma 73111
**City** **State** **Zip Code**

Thurman Hines
**Signature**

Rvsd 03-16

## Certificate of Service

I hereby certify that on (date) February 07, 2020, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

I hereby certify that on (date) February 07, 2020 I filed the attached document with the Clerk of Court and served the attached document by (service method) U.S. Postal Service _____ on the following, who are not registered participants of the Electronic Case Filing System: (insert names and addresses)

_____
Signature

Rvsd 03-16